UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROBERT PANTON,

                Petitioner,

     v.

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------x

98 Civ. 1881 (LAP)

89 Cr. 346 (LAP)

<u>ORDER</u>

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall respond to Petitioner Robert Panton's motion dated August 22, 2019 [dkt. no. 41] no later than February 15, 2020.

    The Clerk of the Court shall mail a copy of this order to Robert Panton.

SO ORDERED.

Dated:    New York, New York
           January 13, 2020

                                    /s/ Loretta A. Preska
                                    LORETTA A. PRESKA
                                    Senior United States District Judge